Eastern District of Kentucky
**FILED**

MAY 11 2023

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

**FILED UNDER SEAL**

Civil Action No. 0:18-CV-109-KKC-EBA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* **TAWNYA CLARK** and<br>**MICHELLE HUNTER**, | Plaintiffs, |
| v. | |
| **U.S. MEDICAL SCIENTIFIC, LLC**, *et al.*, | Defendants. |

## JOINT NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the Settlement Agreement effective April 14, 2023, the United States and Relators Tawnya Clark and Michelle Hunter hereby notify the Court of the dismissal of Defendant Pablo Merced, M.D. from this action with prejudice. Defendant Pablo Merced, M.D. has neither served an answer nor filed a motion for summary judgment in this action.

Relators, pending receipt of attorney's fees from Pablo Merced, M.D., specifically reserve any claims under 31 U.S.C. § 3730(d) for attorneys' fees, costs, and expenses. Relators' claims for attorney's fees, costs, and expenses under 31 U.S.C. § 3730(d) shall remain pending before the Court.

Respectfully submitted,

CARLTON S. SHIER, IV
United States Attorney

DATED: May 11, 2023    By:    *Meghan Stubblebine* (signature)
Meghan Stubblebine
Assistant United States Attorney
Eastern District of Kentucky
260 West Vine Street, Suite 300
Lexington, Kentucky 40507
(859) 233-2661
Meghan.Stubblebine@usdoj.gov
*Counsel for the United States of America*

*With Permission:*

/s/ Don McKenna
Don McKenna
Farris, Riley & Pitt, LLP
505 20th Street North, Ste. 1700
Birmingham, AL 35203
(205) 582-0613
Email: dmckenna@frplegal.com
*Counsel for Relators*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this this 11th day of May, 2023, a true and correct copy of the foregoing will be e-mailed to:

Don McKenna
Farris, Riley & Pitt, LLP
505 20th Street North, Ste. 1700
Birmingham, AL 35203
(205) 582-0613
Email: dmckenna@frplegal.com
*Counsel for Relators*

Kyle Virgin
Freeman Mathis & Gary LLP
2525 Harrodsburg Rd, Ste. 500
Lexington, KY 40504
Email: kyle.virgin@fmglaw.com
*Counsel for Pablo Merced, M.D.*

_____
Meghan Stubblebine
Assistant United States Attorney