UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *Ex rel* TAWNYA CLARK and MICHELE HUNTER,<br><br>    Plaintiffs,<br><br>V.<br><br>U.S. MEDICAL SCIENTIFIC, LLC, *et. al.,*<br>    Defendants | CASE NO. 0:18-cv-00109-KKC-EBA<br><br><br><br>**ORDER** |

Pursuant to the Parties' notices of voluntary dismissal (DE 59-63), and the Court being otherwise sufficiently advised, it is hereby ORDERED that all claims in this matter are DISMISSED and this case is STRICKEN from the Court's active docket.

This 13th day of August, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1